AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 7 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14 - 540 BPG |
| DANIEL JONES | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 25, 2013__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Possession of a firearm by a previously convicted person |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Alan Boroshok, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 3-4-14

_____
Judge's signature

City and state: Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge
_____
Printed name and title


## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Alan L. Boroshok, being duly sworn, deposes and states as follows:

1. I am a Special Agent with of the U.S. Department of Justice, Bureau of Alcohol Tobacco, Firearms and Explosives (ATF), and have been so employed since July 1998. I have previously served as a Special Agent with the U.S. Department of State for seven years. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy located in Glynco, Georgia. I have received extensive training, both formal and on-the-job, in the enforcement of the federal firearms laws administered under Title 18 and Title 26 of the United States Code. I have investigated and participated in more than 200 search warrants involving various types of firearms, narcotics, gangs and violent crimes. I have testified as an expert witness in federal court more than 10 times on the movement of firearms and ammunition in foreign and interstate commerce.

2. I make this Affidavit in support of a criminal complaint charging the defendant, Daniel Jones, with possession of a firearm by a previously convicted person, in violation of 18 U.S.C. § 922(g)(1). The information contained in this affidavit is based on information I have received from other criminal investigators. I have not included all of the information known to investigators in this Affidavit, but I have not omitted information that I believe would tend to defeat a showing of probable cause.

3. On November 25, 2013, members of the Baltimore Police Department (BPD) executed a state search and seizure warrant for the location of 1820 West North Avenue, Baltimore, Maryland. BPD also had obtained a search warrant for the person of Daniel JONES. Prior to the execution of the search warrants, BPD personnel conducted surveillance at the 1820 West North Avenue address, and had observed Daniel JONES exit the front door and walk to his

car, which was parked in the 1900 block of McKean Avenue. BPD personnel took JONES into custody without incident. BPD then executed the search warrant at 1820 West North Avenue, Baltimore, Maryland.

4. Inside the residence, BPD located civilians, including a female, who was in the second floor front bedroom. The house was then secured and thoroughly searched, and the following items were recovered from the second floor front bedroom: suspected marijuana; suspected cocaine base; suspected cocaine; $10,751 in U.S. currency; one Hi Point, model C, 9mm pistol, serial number P043062; one Taurus, model PT AF 9mm pistol, serial number TJH53172, loaded with thirteen rounds of ammunition; one .45 caliber pistol magazine; sixteen .45 caliber rounds; one box of twenty .45 caliber Winchester cartridges; and two (2) 9mm cartridges. Officer had also recovered, from the person of JONES, four cell phones, and $760 in U.S. currency.

5. BPD personnel transported JONES to the Baltimore Police Northern District station to be debriefed. JONES was advised of his *Miranda* rights, and made a statement that all of the property recovered from 1820 West North Avenue, Baltimore, Maryland was his. JONES also made a written statement in which he admitted that the above property was his and that the female was not responsible for any of it. The Taurus pistol was queried in the National Crime Information Center (NCIC) and found to be stolen.

6. Based upon your Affiant's training and experience, neither the Hi Point pistol nor the Taurus pistol was manufactured in the State of Maryland. Furthermore, the twenty rounds of Winchester .45 caliber ammunition were also not manufactured in the State of Maryland. Therefore, all of those items affected interstate commerce prior to their recovery. Preliminary examination of the weapons indicates that both are firearms capable of expelling a projectile by

the action of an explosive or otherwise satisfying the definition of "firearm" found in 18 U.S.C. §§ 921 and 922(g)(1). Also, the ammunition appears to be ammunition designed for use in a firearm.

7.  Your affiant has conducted a criminal history inquiry through the National Crime Information Center (NCIC) and the Maryland Criminal Justice Information System (CJIS). The inquiry revealed that prior to November 25, 2013, the defendant had been convicted in a court of a crime punishable by a term of imprisonment exceeding one year.

Therefore, based upon the foregoing, your Affiant respectfully submits that there is probable cause that Daniel JONES has committed the offense of possession of a firearm by a previously convicted person, in violation of 18 U.S.C. Section 922(g)(1).

_____
Special Agent Alan Boroshok
Bureau of Alcohol, Tobacco, Firearms &

Explosives

Subscribed and sworn to before me this 7th day of March, 2014

_____
Beth P. Gesner
United States Magistrate Judge