FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 27 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. :
: Case No. 14-540-BPG
:
DANIEL JONES :
:

...oOo...

## ORDER

Upon consideration of the Consent Motion to Exclude Time Under the Speedy Trial Act and To Postpone Preliminary Hearing, it is hereby ORDERED this 23rd day of May, 2014, that the motion is GRANTED, and the Court further orders as follows:

1.     The computation of time under the Speedy Trial Act in this case is hereby continued through May 30, 2014. The parties advise that the signing of a plea agreement is imminent and that they anticipate the filing of a criminal Information based on that agreement within the next week. The Court finds that the requested extension of time will permit the parties to finalize their plea negotiations and obtain a final plea agreement. A plea resolution would be in the interests of the parties and would support judicial efficiency. Therefore, the Court finds that the interests of justice served by the resulting delay outweigh the interests of the Defendant, and the public, in a speedy trial, and the resulting delay should be excluded from time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7); and

2. For the same reasons, the Court also finds that there is good cause to postpone the preliminary hearing in this matter, through May 30, 2014, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

5-23-14
Date

United States Magistrate Judge